UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/21/14

---

THE EXPLORERS CLUB,

                Plaintiff,

      - against -

DIAGEO PLC, ET AL.,

                Defendants.

14 Civ. 1959 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to comply with all deadlines that are set forth in the Proposed Case Schedule attached as Exhibit A to the parties' May 16, 2014 Initial Conference Report up to and including the June 20, 2014 deadline for Rule 34 requests.

    Another conference is scheduled in this case for **July 15, 2014 at 4:30pm.**

SO ORDERED.

Dated:    New York, New York
            May 20, 2014

                                            John G. Koeltl
                                  United States District Judge