```
                                        USDC SDNY
UNITED STATES DISTRICT COURT            DOCUMENT
SOUTHERN DISTRICT OF NEW YORK           ELECTRONICALLY FILED
                                        DOC# _____
                                        DATE FILED:  7/16/14
```

THE EXPLORERS CLUB,

                Plaintiff,                14 Civ. 1959 (JGK)

      - against -                     ORDER

DIAGEO PLC, ET AL.,

                Defendants.

JOHN G. KOELTL, District Judge:

    The parties are to complete all fact discovery except genuineness discovery pursuant to Rule 36 by **November 28, 2014**. Expert discovery must be completed by **January 30, 2015**. Dispositive motions are due by **March 6, 2015**. If no dispositive motions are filed, the joint pretrial order along with any motions in limine, are due by **March 20, 2015**. The parties should be ready for trial on 48 hours notice by **April 3, 2015**. If any dispositive motions are filed, the dates for the joint pretrial order and the ready trial date are adjourned to three weeks and four weeks respectively after the decision of any dispositive motion.

    The parties are limited to 10 depositions, excepting any Rule 30(b)(6) depositions.

With respect to interrogatories, the parties should follow the local rules.

**SO ORDERED.**

**Dated:** New York, New York
July 15, 2014

_____
John G. Koeltl
United States District Judge